IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LOUIS J. FOLLINUS, ) | |
| ) | CASE No. CV04-403-S-EJL |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| OFFICER PHIFER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the Motion to Stay filed by the Plaintiff in this action, and there being no objection to the motion, and for other good cause appearing:

IT IS HEREBY ORDERED, that

1. Plaintiff's Motion to Stay (Docket No. 37) is hereby **GRANTED**.

2. The briefing schedule on Defendant's motion for summary judgment is stayed pending the Court's ruling on Defendant's motion to dismiss.

DATED: **November 8, 2006**

*Edward J. Lodge* (signature)
Honorable Edward J. Lodge
U. S. District Judge